CHARLES STUART HALE, Executor, etc., Appellant, *v.* WILLIAM MOFFAT, Respondent.

(Argued January 17, 1881 ; decided January 25, 1881.)

*N. Morey* for appellant.

*Joel L. Walker* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.